# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2014

149270

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOHN KRUSAC, Personal Representative of the
ESTATE OF DOROTHY KRUSAC,
           Plaintiff-Appellee,

v

                                         SC: 149270
                                         COA: 321719

COVENANT MEDICAL CENTER, INC., d/b/a
COVENANT MEDICAL CENTER-HARRISON,
d/b/a COVENANT HEALTHCARE,
           Defendant-Appellant.

                                         Saginaw CC: 12-015433-NH

_____/

       On order of the Court, the application for leave to appeal the May 12, 2014 order of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether *Harrison v Munson Healthcare, Inc.,* 304 Mich App 1 (2014), erred in its analysis of the scope of the peer review privilege, MCL 333.21515; and (2) whether the Saginaw Circuit Court erred when it ordered the defendant to produce the first page of the improvement report based on its conclusion that "objective facts gathered contemporaneously with an event do not fall within the definition of peer review privilege."

       We further ORDER that the stay entered by this Court on May 14, 2014 shall remain in effect until completion of this appeal.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2014



t0617

                                         Clerk